CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 05 2023

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JOYCE GLASS FARMER, on behalf of M.N.H., a minor child, | ) ) ) |
| Plaintiff, | ) ) Case No. |
| v. | ) ) **ORDER** ) |
| KILOLO KIJAKAZ, COMMISSIONER, OF THE SOCIAL SECURITY ADMINISTRATION, | ) By:   Hon. Thomas T. Cullen ) United States District Judge ) ) |
| Defendant. | ) |

On May 5, 2023, a purported "Complaint And/Or Request for an Extension of Time" was filed by Rev. Thomas W. Motley, "Non-Attorney Representative-for-the-Plaintiff." (Compl. [ECF No. 1].) The "complaint" was not accompanied by a filing fee or a request to proceed *in forma pauperis*. But such a defect could be remedied by the court. What cannot be remedied is Rev. Motley acting—and filing pleadings—as a "non-attorney representative" for the plaintiff. While Rev. Motley may act as a non-attorney representative before the Social Security Administration, *see* 42 U.S.C. § 406, subject to certain limitations, *see, e.g.*, 20 C.F.R. §§ 404.1705 (outlining who may act as a representative), 404.1720 (regarding fee's charged by representatives before the Social Security Administration), that right does not extend to appearing in federal court or signing pleadings on a party's behalf.[1]

"Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is

---

[1] Rev. Motley is warned that his actions may very well constituted the unauthorized practice of law, in violation of Va. Code Ann. § 54.1-3904.

unrepresented. . . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11(a). As Rev. Motley did not provide contact information for the plaintiff, the court cannot alert her to the deficiency, and the pleading filed on May 5, 2023, is **STRICKEN**.  The Clerk is directed to close this case and remove it from the active docket of this court.

    The Clerk is further directed to send a copy of this Order to Rev. Motley

    **ENTERED** this 5th day of May, 2023.

                                            */s/ Thomas T. Cullen*
                                            HON. THOMAS T. CULLEN
                                            UNITED STATES DISTRICT JUDGE